# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12627

_____

TINA GEE,

Plaintiff-Appellant,

*versus*

JADA MITCHELL,
JONES,
Captain,
SPENCER,
Lt,
CHRISTIAN,
STANTON,
Officers, et al.,

Defendants-Appellees,

2                      Order of the Court                    23-12627

THE CITY OF TUSCALOOSA, et al.,

                                                    Defendants.

—————————————

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:23-cv-00388-LSC

—————————————

Before JORDAN, JILL PRYOR, and LUCK, Circuit Judges.

BY THE COURT:

    The motions to dismiss filed by appellees are DENIED. Tina Gee appeals from the district court's July 10, 2023 final order dismissing her case with prejudice. The appellees argue that the appeal is untimely because Gee filed her notice of appeal on August 10, 2023, 31 days after the final order was entered. However, the district court never entered judgment in a separate document, so Gee was entitled to an additional 150 days in which to appeal beyond the normal 30-day deadline. *See* Fed. R. App. P. 4(a)(1)(A), 4(a)(7)(A); Fed. R. Civ. P. 58(a), (c). Thus, Gee's notice of appeal is timely.